Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

FILED
22 OCT 31 PM 2:20
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____RN_____
DEPUTY CLERK

Don D. Henderson

_____
(Name of plaintiff or plaintiffs)

v.

c/o Mary Jane Grubb
Austin Municipal Court (A.M.C.)

_____
(Name of defendant or defendants)

Civil Action Number: 1:22CV01109 RP

(Case Number to be supplied by the Intake Clerk)

### COMPLAINT

1. This action is brought by Don D. Henderson, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[X] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Mary Jane Grubb (A.M.C.) (Defendant's name) lives at, or its business is located at 6800 Burleson Rd. 310 (street address), STE 175 Austin (city), TX (state), 78744 (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at 6800 Burleson Rd. (street address), Bldg. 310 STE 175 (city), Austin (state), TX 78744 (zip).

Rev. Ed. April 21, 2009

27

3b. At all relevant times of claim of discrimination, Defendant employed _100+_ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _MARCH_ (month) _26_ (day) _2021_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _JUNE 14, 2019 THRU MARCH 26, 2021_

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _August_ (month) _20_ (day) _2020_ (year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on _July_ (month) _31_ (day) _2022_ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[X] No

**VERY IMPORTANT NOTE:** IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

(Please select the applicable allegation(s))

[ ] Race (If applicable, state race) _____

[ ] Color (If applicable, state color) _____

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) _____

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

Rev. Ed. April 21, 2009                                                                                                  28

[X] Disability (If applicable, state disability) _____

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____
_____
_____.

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[X] harassed plaintiff.

[X] other (specify) _Defendant violated my civil right of due process, took disciplinary actions against me, leading to a medical condition that rendered me unable to work._

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** INCLUDE **SPECIFIC DATES, SPECIFIC EVENTS,** AND ANY **SPECIFIC COMMENTS** MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

_Specifics related to this complaint span a three year period. There are documented emails and copies/policies that support my complaint and will be made available at the time of hearing._

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

_Available at time of hearing._

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

_Available at time of hearing_

Rev. Ed. April 21, 2009

29

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [X] no longer being committed by defendant. *Terminated 3/2021*

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ ] Defendant be directed to _Compensate plaintiff with punitive pain and suffering damages in accordance with the law_

_____, and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_10/31/22_
Date

_Jane B Henderson_
Signature of Plaintiff

_18101 Belfry Pass_
Address of Plaintiff

_Manor    TX.    78653_
City          State      Zip Code

_512-203-2401_
Telephone Number(s)

Rev. Ed. April 21, 2009                                                                 30